IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER SANDERS                                                      PLAINTIFF
Reg. #62316-066

v.                          CASE NO. 4:17-CV-00509 BSM

USA; *et al.*                                                           DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 3] submitted by United States Magistrate Judge Joe J. Volpe have been received. Plaintiff Christopher Sanders has not submitted objections. After careful review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, plaintiff's complaint [Doc. No. 1] is dismissed without prejudice and it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE