IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER SANDERS                                               PLAINTIFF
Reg. #62316-066

v.                         CASE NO. 4:17-CV-00509 BSM

USA; *et al.*                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed without prejudice. Furthermore, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE